261 U. S.    Cases Disposed of Without Consideration by the Court.

No. 233. PORTO RICO COAL COMPANY, INC. *v.* WILLIAM H. EDWARDS, COLLECTOR OF UNITED STATES INTERNAL REVENUE, ETC. Error to the District Court of the United States for the Southern District of New York. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Francis W. Aymar* for plaintiff in error. *The Attorney General* for the defendant in error.

---

No. 252. JUDSON KNOX *v.* UNITED STATES. Error to the District Court of the United States for the Western District of South Carolina. February 19, 1923. Dismissed, pursuant to the 10th Rule. *Mr. Charles A. Douglas* and *Mr. Hugh H. Obear* for plaintiff in error. *The Attorney General* for the United States.

---

No. 395. ROY YOUMAN *v.* COMMONWEALTH OF KENTUCKY. Error to the Court of Appeals of the State of Kentucky. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. H. L. James* for plaintiff in error. No appearance for defendant in error.

---

No. 491. FRANK J. LEVENE *v.* STATE OF ALABAMA. Error to the Supreme Court of the State of Alabama. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Alex. T. Howard* for plaintiff in error. No appearance for defendant in error.

---

No. 522. JAY BURNS BAKING COMPANY ET AL. *v.* SAMUEL R. MCKELVIE, AS GOVERNOR OF THE STATE OF NEBRASKA, ET AL. Error to the Supreme Court of the State of Nebraska. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Matthew A. Hall* and *Mr. Carroll S. Montgomery* for plaintiffs in error. No appearance for defendants in error. [See *ante,* 608.]